IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03162-MJW

MELISSA BLUTE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on March 29, 2016, incorporated herein by reference, it is

    ORDERED that the Commissioner's determination is VACATED and REMANDED.  It is

    FURTHER ORDERED that the Commissioner is directed to consider the additional evidence submitted to the Appeals Council, to reconsider Listing 12.06, and to hold such other and further proceedings as the Commissioner deems necessary. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Melissa Blute, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

    DATED at Denver, Colorado this   29th   day of March, 2016.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/S. Libid
        S. Libid, Deputy Clerk